UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACLYN SCOGLIO, KASEY WEHRHEIM, ANDREA VAN EPPS, JEAN-MARIE TAS, DONNA RUDDY, AMANDA PETRONIO, FARAH MARTIN, SHERRIE ORESTIS, BRANDON LLOYD, CORRINE GORNIOK, MAGGIE OLSEN, BREANNA MCINTYRE, and SUZANNE CHIORANDO,<br><br>Plaintiffs,<br><br>- against -<br><br>RIVERHEAD CHARTER SCHOOLS and RAYMOND ANKRUM,<br><br>Defendants. | 2:15-cv-05214-GRB |
| MARY ELLEN WEAVER, DAVID SLOVER, LACEY BRANKER, RAYMOND PATUANO, and DONNA SHEPROW,<br><br>Plaintiffs,<br><br>- against -<br><br>RIVERHEAD CHARTER SCHOOL and RAYMOND ANKRUM,<br><br>Defendants. | 2:15-cv-06992-GRB |

## STIPULATION OF DISMISSAL OF CONSOLIDATED ACTIONS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and among the undersigned, the attorneys of record for all the parties who have appeared in the above-entitled consolidated actions, that whereas no party who has appeared is an infant or incompetent person for whom a committee has been appointed and no person not a party who has appeared has an interest in the subject matter of the action, the above-entitled actions are, and the same hereby are dismissed with prejudice, as against the Defendants, without costs to any party as against any other except if otherwise provided in any applicable settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall be deemed as an original.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be filed without further notice with the clerk of the court.

Dated: August 30, 2017
Garden City, New York

DELL & DEAN, PLLC

By: _____
   Joseph G. Dell
   Christopher R. Dean
   Kristen N. Sinnott
1225 Franklin Avenue, Suite 450
Garden City, NY 11530
Ph. 516.880.9700
Fax. 516.880.9707
*Attorneys for Plaintiffs Jaclyn Scoglio, Kasey Wehrheim, Andrea Van Epps, Jean-Marie Tas,
Donna Ruddy, Amanda Petronio, Farah Martin, Sherrie Orestis, Brandon Lloyd, Corrine
Gorniok, Maggie Olsen, Breanna McIntyre, Suzanne Chiorando, Mary Ellen Weaver, David
Slover, Lacey Branker, Raymond Patuano, and Donna Sheprow*

Dated: September 18, 2017
New York, New York

GORDON REES
SCULLY MANSUKHANI, LLP

By: _____
   Mercedes Colwin
   David J. Grech
   Francis J. Giambalvo
One Battery Park Plaza, 28th Floor
New York, NY 10004

Ph. 212.269.5500
Fax. 212.269.5505
*Attorneys for Defendant
Riverhead Charter School*

Dated: September 18, 2017
Melville, New York

LAMB & BARNOSKY, LLP

By: _____
   Sharon N. Berlin
   Matthew J. Mehnert

534 Broadhollow Road, Suite 210
PO Box 9034
Melville, NY 11747
Ph. 631.694.2300
Fax. 631.694.2309
*Attorneys for Defendant
Raymond Ankrum*